UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

GARY TOLBERT,

        Plaintiff,                Case No. 1:22-cv-371

v.                                          Honorable Paul L. Maloney

ROBERT M. CROMPTON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).


Dated:  January 12, 2023                    /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge